# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | CASE NO. 1:03-cv-06400-AWI-SMS |
| Plaintiff, | ORDER RENEWING JUDGMENT |
| v. | |
| FREDDIE M. AVILES, individually and doing business as DUGANS CAFÉ, | (Doc. 40) |
| Defendant. | |

On March 29, 2004, the Court granted Plaintiff's motion for default judgment in favor of Plaintiff and against Defendant in the amount of $103,953.00. The Clerk of Court entered judgment against Defendant on the same day. Plaintiff, Garden City Boxing Club, Inc., by its attorneys Cook Collection Attorneys, a Professional Law Corporation, has applied to renew the judgment in this matter pursuant to F.R.Civ.P. 69(a) and California Code of Civil Procedure §§ 683.110 through 683.320.

The Court will order renewal of the judgment in this matter in the initial amount plus accrued interest, calculated as follows:

| | | |
|---|---|---|
| 1. | Total judgment | $103,953.00 |
| 2. | Costs after judgment | -0- |
| 3. | Attorneys' fees | -0- |
| 4. | Subtotal (*add a + b*) | $103,953.00 |

| | | | |
|---|---|---|---|
| 5. | Credits after judgment | | -0- |
| 6. | Subtotal (*subtract 5 from 4*) | | $103,953.00 |
| 7. | Interest after judgment | | $ 20,235.04 |
| 8. | Fee for renewal application | | -0- |
| 9. | Total renewed judgment amount | | $124,188.04 |

Accordingly, it is hereby ORDERED:

1. The judgment in this matter is renewed in the amount of $124,188.04.
2. The Clerk of Court shall enter in the docket a renewed judgment.
3. The Clerk of Court shall mail to Defendant Freddie M. Aviles, individually and doing business as Dugans Café, at his last known addresses, a copy of this order, the renewed judgment, and Notice of Renewal of Judgment in the form prepared by Plaintiff. Defendant's last known addresses are 9207 Millfort Street, Bakersfield, CA 93307, and 2781 Calloway Drive, Suite A, Bakersfield, CA 93312.

IT IS SO ORDERED.

Dated:     January 18, 2012                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE