1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | Case No. 1:03-cv-06400-AWI-SMS |
| Plaintiff, | |
| v. | ORDER RENEWING JUDGMENT |
| FREDDIE M. AVILES, individually and doing business as DUGANS CAFE, | |
| Defendant. | Doc.44 |

On March 29, 2004, the Court granted Plaintiff's motion for default judgment in favor of Plaintiff and against Defendant in the amount of $103,953.00. The Clerk of Court entered judgment against Defendant on the same day. The Court renewed the judgment on January 18, 2012.

Plaintiff, Garden City Boxing Club, Inc., by its attorneys Cook Collection Attorneys, a Professional Law Corporation, has applied to renew the judgment in this matter pursuant to F.R.Civ.P. 69(a) and California Code of Civil Procedure §§ 683.110 through 683.320. The Court will order renewal of judgment in this matter in the initial amount plus accrued interest, calculated as follows:

1

| | | |
|---|---|---|
| 1. | Total judgment | $103,953.00 |
| 2. | Costs after judgment | -0- |
| 3. | Attorneys' fees | -0- |
| 4. | Subtotal (*add 1+2+3*) | $103,953.00 |
| 5. | Credits after judgment | -0- |
| 6. | Subtotal (*subtract 5 from 4*) | $103,953.00 |
| 7. | Interest after judgment | $ 25,226.16 |
| 8. | Fee for renewal application | -0- |
| 9. | Total renewed judgment amount | $129,179.16 |

Accordingly, it is hereby ORDERED:

1. The judgment in this matter is renewed in the amount of $129,179.16.

2. The Clerk of Court shall enter in the docket a renewed judgment.

3. The Clerk of Court shall mail to Defendant Freddie Aviles, individually and doing business as Dugans Café, at his last known address, a copy of this order, the renewed judgment, and Notice of Renewal of Judgment in the form prepared by Plaintiff. Defendant's last known address was 2781 Calloway Drive, Bakersfield, CA 93312.

IT IS SO ORDERED.

Dated: **December 11, 2013**          /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE